## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2870 Disciplinary Docket No. 3
:
Petitioner : No. 1 DB 2022
:
: Attorney Registration No. 64689
v. :
: (Lackawanna County)
:
CHRISTOPHER B. JONES, :
:
Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of April, 2022, having received no response to a Recommendation of the Disciplinary Board, Christopher B. Jones is placed on temporary suspension until further action by this Court. *See* Pa.R.D.E. 208(f)(5). He shall comply with all of the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.